FORM A

FILED JS
US DISTRICT COURT CLERK
WESTERN DISTRICT OF KY
09 AUG -6 PM 3:41

Rev. 1/07

CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or
UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS*

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY

Mary E. Ford # 140769
P.O. Box 337
Pewee Valley, Ky 40056
(Full name of the Plaintiff(s) in this action)

v.

Todd County Detention Center
Dusty Dunning, Officer (Staff)
Golf, Captain (Staff)
Christmas, Captain (Staff)
Charles, Officer (Staff)
(Full name of the Defendant(s) in this action)

CIVIL ACTION NO. 3:09-CV-P570-H
(To be supplied by the clerk)

(✓) DEMAND FOR JURY TRIAL
( ) NO JURY TRIAL DEMAND
(Check only one)

## I. PARTIES

**(A) Plaintiff(s).** Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: Mary Elizabeth Ford

Place of Confinement: Kentucky Correctional Inst. for Women

Address: 3000 Ash Avenue, Pewee Valley, Ky 40056

Status of Plaintiff: CONVICTED (✓)   PRETRIAL DETAINEE (__)

(2) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (__) PRETRIAL DETAINEE (__)

(3) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (__) PRETRIAL DETAINEE (__)

(B) **Defendant(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant **Dusty** is employed as **Deputy Jailer** at **Todd County Detention Center, P.O. Box 404, Elkton, Ky 42220-0808**

The Defendant is being sued in his/her (✓) individual and/or (✓) official capacity.

(2) Defendant **Charles** is employed as **Deputy (Staff)** at **Todd County Detention Center, P.O. Box 808, Elkton, Ky 42220-0808**

The Defendant is being sued in his/her (__) individual and/or (__) official capacity.

(3) Defendant **Christmas** is employed as **Captain, Staff** at **Todd County Detention Center, P.O. Box 808, Elkton, Ky 42220-0808**

The Defendant is being sued in his/her (__) individual and/or (__) official capacity.

(4) Defendant **Golf** is employed as **Captain (or Deputy Jailer)** at **Todd County Detention Center, P.O. Box 808, Elkton, Ky 42220-0808**

The Defendant is being sued in his/her (✓) individual and/or (✓) official capacity.

2

(5) Defendant **Todd County Detention Center** ~~is~~ employed ~~as~~ _____ at P.O. Box 608, Elkton, Ky 42220-0808

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

## II. PREVIOUS LAWSUITS

(A) Have you begun other lawsuits in State or Federal court dealing with the <u>same facts</u> involved in this action? YES (___) NO (✓)

(B) If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

Plaintiff(s): _____

_____

Defendant(s): _____

_____

Court (if federal court, name the district. If state court, name the county):

_____

Docket number: _____

Name of judge to whom the case was assigned: _____

Type of case (for example, habeas corpus or civil rights action): _____

Disposition (for example, Was the case dismissed? Is it still pending? Is it on appeal?):

_____

Approximate date of filing lawsuit: _____

Approximate date of disposition: _____

III.   STATEMENT OF CLAIM(S)

State here the FACTS of your case. State how you believe your constitutional rights were violated. Describe how each Defendant violated your rights. And set forth the dates on which each event took place. Do not make legal arguments or cite cases or statutes. However, identify the constitutional right(s) you allege was/were violated. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

> Officer Dusty jerked me up on more than one occasion. She bruised my arms and hands. She pepper sprayed me, pulled my hair, pushed me down in a chair and scratched my hands as she strapped me down.

> Charles grabbed me in a "bear-hug" fashion and held me like that until I couldn't breathe. He bruised my hands, strapped me in a chair and stepped on my feet twice on the same day. Charles scared me to death by taking me in a car with another male officer, wouldn't tell me where I was going for over two and one half hours. He laughed at me and he and another male officer kept looking in their mirrors, unlocking the automatic door locks and scaring me. They acted extremely unproffesional.

> Captain Christmas joined Officer Dusty by grabbing my wrists, arms, broke my fingernails and bruised my wrists. She stepped on my feet and kept rubbing pepper spray into my eyes.

> Captain Golf behaved in the same cruel manner as Captain Christmas did. He took my wrists and

4

### III. STATEMENT OF CLAIM(S) continued

Squeezed the bones in my hands and wrists so severely that I still have bruising on them. He almost pulled my arms out of the sockets. This happened in April and my shoulder blades are still sore. He pulled my hair so hard that I couldn't breathe. My clothes were ripped, my hair was pulled and I was strapped down twice on 4/08/09 for three to four hours at a time. I was threatened, laughed at, lied to and made fun of. They made jokes about me. I wasn't allowed to use the bathroom. Two weeks prior to this, I was treated in the same manner. I was locked in isolation because I asked other inmates not to destroy my property (Family Photos and Bible) while I showered. I was locked in Isolation the first time because I asked Deputy Sheets and Margie Buttons to come back to the cell. I did this by speaker because K-Pod cell was arguing and I was concerned that the argument would turn into a fight. I was a trustee and wasn't allowed to work because I wouldn't 'flirt' with them, play games with them or act like one of their 'girlfriends' instead of an inmate. I can prove this if the speakers are recorded. These defendants took personal interests in certain

### III. STATEMENT OF CLAIM(S) continued

female inmates and showed favoritism to them. These certain inmates did favors for the male officers and Margie Buttons, Deputy Blake and Captain Slade. I was locked down for nothing and another inmate named Fran Ridley, told Deputy Blake and Captain Slade to "eat a dick." — She was placed in a holding cell for about ten minutes and released after they laughed and joked about it. I spent weeks in isolation and was subjected to the ridicule of inmates Fran Ridley, Allison Rice and Heather Blake while they cleaned the halls. They were allowed to call me names, laugh at me and make fun of me in the presence of officers who just stood and watched this abuse. The officers allowed these inmates to "call" cells to be opened and closed as if the inmates themselves were officers. This was a smoke-free facility and officers would allow these female inmates to step outside and smoke. These inmates were not classified to work outside nor were there custody levels low enough to be allowed outside

### III. STATEMENT OF CLAIM(S) continued

the facility. Officers would come into the cell in the middle of the night and pull the covers off of inmates Fran Ridley and Allison Rice and take them out by themselves, creating much suspicion.

> I was not only discriminated against, but I was both physically and psychologically abused by Todd County Detention Center and part of their staff, specifically the Defendants named in this complaint. My Constitutional rights have been violated, U.S. Constitutional Amendments 5 and 8 and Kentucky Constitution Amendments 8 and 11. I suffered cruel and unusual punishments at the hands of these detention center employees whose duty was to protect me as a prisoner.

IV. **RELIEF**

State exactly what you want the Court to do for you. If you seek relief which affects the fact or duration of your imprisonment (for example: release from illegal detention, restoration of good time, expungement of records, release on parole), you must file your claim under 28 U.S.C. §§ 2241, 2254 or 2255. The Plaintiff(s) want(s) the Court to:

✓ award money damages in the amount of $ _____

___ grant injunctive relief by _____

___ award punitive damages in the amount of $ _____

✓ other: _____

V. **DECLARATION UNDER PENALTY OF PERJURY**
(each Plaintiff must sign for him/herself)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This 4 day of August, 2009

*Mary E Ford*
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on 8/4/09.

*Suzanne Minnich*
(Signature)

6



"Att" Clerk Office
601 W. Broadway, Rm. 106
Gene Snyder United States
Courthouse
Louisville, Ky
40202

Mary E Ford #140769
P/o Box 337 KCIW
Pee Wee Valley
Ky, 40056

09 AUG -6 PM 3:47
FILED:JS
US DISTRICT COURT CLERK
WESTERN DISTRICT OF KY